## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| Fitzpatrick Container Company, | Case No. 20-14139-PMM |
| Debtor. | |
| LYNN FELDMAN, as Chapter 7 Trustee for the Estate of the Fitzpatrick Container Company, | Adversary No. 23-00070-PMM |
| Plaintiff, | |
| v. | |
| JOHN B. LYNCH, JR., | |
| Defendant. | |

## AMENDED JOINT STATEMENT CONCERNING MEDIATION

Pursuant to paragraph 2 of this Court's Pretrial Order (D.I. 7), entered in the above-captioned adversary proceeding on November 7, 2023, the Plaintiff and the Defendant (collectively, the "Parties") hereby submit this amended joint statement to advise the Court as follows:

The Parties request that the Court appoint Jack M. Seitz, Esquire to serve as mediator in accordance with paragraph 2(a) of the Pre-Trial Order. Further, and in accordance with paragraph 2(b) of the Pretrial Order, the Parties have contacted Mr. Seitz who has advised that he is willing to serve and that he and his firm do not have a conflict.

Dated: December 5, 2023

| **BIELLI & KLAUDER, LLC** | **LAWRENCE S. RUBIN, ATTORNEY** |
|---|---|
| By: */s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br>tbielli@bk-legal.com<br><br>*Special Litigation Counsel to Lynn E. Feldman, as Chapter 7 Trustee of the Estate of Fitzpatrick Container Company* | By: */s/ Lawrence S. Rubin*<br>Lawrence S. Rubin, Esquire<br>337 W State Street<br>Media, PA 19063<br>Telephone: (610) 565-6660<br>lrubin@pennlawyer.com<br><br>*Counsel to Defendant* |