**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Fitzpatrick Container Company,** | : | Chapter 7 |
| Debtor. | : | Bky. No. 20-14139 (PMM) |
| | : | |
| **Lynn Feldman, as Chapter 7 Trustee for the estate of the Fitzpatrick Container Company,** | : : | |
| Plaintiff. | : | Adv. No. 23-0070 (PMM) |
| | : | |
| v. | : | |
| **John B. Lynch, Jr.,** | : : | |
| Defendant. | : : | |

**ORDER SUSPENDING PRETRIAL DATES**

**AND NOW**, upon consideration of the fact that a mediator has been appointed in the Adversary Proceeding, see doc. #15;

It is hereby **ordered** that the dates outlined in the Pre-Trial Order, doc. #7, are hereby **suspended** pending the outcome of the mediation.

Date: 1/4/24

_Patricia M. Mayer_
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**