UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Fitzpatrick Container Co. | : Chapter 7 |
| | : Bky. No. 20-14139-pmm |
| Lynn Feldman, as Ch 7 Trustee<br>    Plaintiffs | : |
| v. | : |
| John B. Lynch, Jr.<br>    Defendant | : Adv. No. 23-00070 pmm |

Order Granting Motion to Extend Discovery Period

Upon consideration of the Motion to Extend Discovery Period (the "Motion") filed by defendant, John B. Lynch, Jr. in the above-captioned chapter 7 case, it is hereby:

1. ORDERED that the Motion is granted; and it is further

2. ORDERED that the discovery period is extended to June 24, 2024.

Dated: April 23, 2024

Patricia M. Mayer,
U.S. Bankruptcy Judge