UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Fitzpatrick Container Co. | : Chapter 7 |
| | : Bky. No. 20-14139-pmm |
| Lynn Feldman, as Ch 7 Trustee<br>    Plaintiffs | : |
|         v. | : |
| John B. Lynch, Jr.    .<br>    Defendant | : Adv. No. 23-00070 pmm |

**Praecipe to Withdraw Appearance**

To The Clerk:

Please withdraw my appearance for the defendant.

                                                 **s/*Lawrence S.  Rubin, Esquire***
                                                 Lawrence S.  Rubin, Esquire
                                                 *Attorney for John B. Lynch, Jr. defendant*
                                                 337 W State Street
                                                 Media, PA 19063-2615
                                                 (610) 565-6660
                                                 Echo@pennlawyer.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Fitzpatrick Container Company | : | |
| Debtor | : | Case No. 20-14139-PMM |
| _____ | : | |
| | : | |
| Lynn Feldman as Trustee for the Estate of Fitzpatrick Container Company, | : : : | Adversary No. 23-00070 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| John B. Lynch, Jr. | : | |
| | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE FOR ALL DEFENDANTS

Please enter the appearance of Sally J. Daugherty, Esquire for Defendant John B. Lynch, Jr. and Non-party John B. Lynch, III. Pursuant to Bankruptcy Rules 2002(g) and 9010(b), I request copies of all notices, pleadings, proposed orders and conformed copies of orders directed to the address below.

**SALMON, RICCHEZZA, SINGER & TURCHI, LLP**

By: ___/s/ Sally J. Daugherty
Sally J. Daugherty, Esquire
Atty ID 58723
1601 Market Street, 25th Floor
Philadelphia, PA 19103
(215) 606-6628
sdaugherty@srstlaw.com

Dated: June 14, 2024

{00475724.DOCX}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Fitzpatrick Container Company | : | |
| Debtor | : | Case No. 20-14139-PMM |
| _____ | : | |
| | : | |
| Lynn Feldman as Trustee for the Estate of Fitzpatrick Container Company, | : : : | Adversary No. 23-00070 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| John B. Lynch, Jr. | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Sally J. Daugherty, attorney for John B. Lynch, Jr. and John B. Lynch, III, hereby certify that a copy of counsel's Entry of Appearance has been sent to the following parties via CMF/ECF and electronic mail:

Thomas D. Bielli, Esq.
Angela L. Mastrangelo, Esq
BIELLI & KLAUDER, LLC
1905 Spruce Street
Philadelphia, PA 19103
tbielli@bk-legal.com
mastrangelo@bk-legal.com
Special Litigation Counsel to Lynn E. Feldman

Lawrence S. Rubin, Esq.
337 W. State Street
Media, PA 19063-2615
Lrubin@pennlawyer.com

{00475724.DOCX}

United States Trustee
c/o David P. Adams, Esq
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Dave.p.adams@usdoj.gov

          */s/ Sally J. Daugherty*
          Sally J. Daugherty

{00475724.DOCX}