IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Fitzpatrick Container Company | : | |
| Debtor | : | Case No. 20-14139-PMM |
| _____ | : | |
| | : | |
| Lynn Feldman as Trustee for the Estate of Fitzpatrick Container Company, | : : : | Adversary No. 23-00070 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| John B. Lynch, Jr. | : | |
| | : | |
| Defendant | : | |

**PRAECIPE TO WITHDRAW MOTION TO AMEND**
D.I. Nos. 30, 31, 32 and 38

TO THE CLERK OF THE COURT:

Kindly withdraw John B. Lynch, Jr.'s Motion to Amend Answer [D.I. 30], Notice of Motion to Amend Answer [D.I. 31] and Amended Answer [D.I. 32] filed on May 2, 2024 and Amended Notice of Motion to Amend [D.I. 38] filed on May 17, 2024.

**SALMON, RICCHEZZA, SINGER & TURCHI, LLP**

By: ___/s/ Sally J. Daugherty
     Sally J. Daugherty, Esquire
     Atty ID 58723
     1601 Market Street, 25th Floor
     Philadelphia, PA 19103
     (215) 606-6628
     sdaugherty@srstlaw.com

Dated: June 17, 2024

{00475902.DOCX}